STEPHEN MENSEL, Calif. Bar No. 55926
Attorney and Counsellor at Law
1221 Van Ness Avenue, Suite 305
Fresno, CA 93721-1720
Telephone: 559.237.2600

Attorney for Defendant
SAID NUH



FILED

JAN 19 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08cr00379 OWW |
| Plaintiff, | DECLARATION FOR VERIFICATION OF CONSENT TO SERVE SENTENCE IN COUNTRY OF CITIZENSHIP, CANADA, BY SAID NU, Pursuant to 18 U.S.C. § 4107 AND VERIFICATION BY DISTRICT JUDGE |
| v. | |
| SAID NUH, | |
| Defendant. | |

I, SAID NU, defendant herein declare under penalty of perjury that I am a citizen of Canada and no other country and as follows:

I understand and agree that any transfer for the service of my sentence will be subject to the following conditions:

(1) Only the appropriate courts in the United States may modify or set aside the conviction or sentence, and any proceedings seeking such action may only be brought in such courts;

(2) The sentence shall be carried out according to the laws of the country to which I would be transferred and that those laws are subject to change;

(3) If a court in the country to which I am transferred should determine upon a proceeding initiated by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of that country, I may be returned to the United States for the purpose of completing the sentence if the United States requests my return; and

(4) My consent to transfer, once verified by the verifying officer, is irrevocable.

    (5) I give this consent after having consulted with counsel who has advised me with regard to the legal effects of such consent pursuant to the laws of the United States;

    (6) My consent is voluntary and not the result of any promises, threats, or other improper inducements.

I made this declaration at Fresno, California, as dated and executed below.

Dated: January __, 2010

SAID NUH, Defendant

VERIFICATION

I verify the defendant has consented to be transferred to the country of his citizenship for the service of this sentence.

Dated: January 19, 2010

OLIVER W. WANGER,
Senior District Court Judge